CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 28 2010

JOHN F. CORCORAN, CLERK
BY: /s/
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 7:10CR00009 |
| ) | |
| KEVIN EUGENE LINEBERRY ) | |

## ORDER

This cause came to be heard on motion of the defendant, Kevin Lineberry, by counsel, pursuant to 18 U.S.C. Section 3161(h) to continue this case now set for trial on May 6, 2010.

Upon consideration of the motion and for the reasons stated therein, the Court finds pursuant to 18 U.S.C. Section 3161(h)(8), that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial in that failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, it is ORDERED that the speedy trial limit in this case is continued from May 6, 2010 to June 10, 2010.

ENTERED this 28th day of April 2010.

_____
UNITED STATES DISTRICT JUDGE